FILED

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jon Scott DUNKLE,<br><br>          Petitioner,<br><br>v.<br><br>Robert L. AYERS, Acting Warden of San Quentin State Prison,<br><br>          Respondent. | Case Number C 06 4115 MJJ<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION<br><br>[Docket No. 1] |

     On behalf of Petitioner Jon Scott Dunkle, his Guardian Ad Litem, Conrad Petermann, has filed a request for appointment of counsel and for a stay of the execution of his death sentence.

     Pursuant to Habeas Local Rule 2254-25, the request for appointment of counsel is granted. This case is referred to the Court's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

     Pursuant to Habeas Local Rule 2254-24(a), Petitioner is entitled to a stay of execution pending the final disposition of the proceedings in this Court. Accordingly, all proceedings related to the execution of Petitioner's sentence of death are hereby stayed pending the final disposition of the present action.

     The Clerk immediately shall notify by telephone Respondent Robert L. Ayers, Acting Warden of San Quentin State Prison, of this order. The Clerk also shall serve certified copies of

Case No. C 06 4115
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION

1  this order upon Petitioner; Respondent; the clerk of the Superior Court of California for the
2  County of San Mateo; Michael G. Millman, Esq., Executive Director of the California Appellate
3  Project; Rene Chacon, Esq., Deputy Attorney General of the State of California; Steve Wagstaff,
4  Chief Deputy District Attorney of San Mateo County; and Conrad Petermann.
5       It is so ordered.
6
7  DATED: June 30, 2006
                                    _____
8                                   Martin J. Jenkins
                                    United States District Judge