UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON SCOTT DUNKLE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 06-cv-04115-PJH<br><br>**ORDER REQUESTING JOINT STATEMENT** |

　　The Court recently appointed counsel to represent petitioner in his federal habeas proceedings. The Court now directs the parties to confer and prepare a joint statement outlining anticipated proceedings in this case. The parties shall file their statement within 45 days of the date of this Order. A case management conference will be scheduled if necessary.

　　**IT IS SO ORDERED.**

Dated: May 8, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge