Jon M. Sands
Federal Public Defender
District of Arizona
Jessica M. Salyers (CA Bar No. 327013)
Stanley Siders Molever (CA Bar No. 298218)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
jessica_salyers@fd.org
stan_molever@fd.org
602.382.2816 Telephone
602.889.3960 Facsimile

*Counsel for Petitioner Jon Scott Dunkle*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON SCOTT DUNKLE,<br><br>      Petitioner,<br><br>  vs.<br><br>RON BROOMFIELD, Warden of San Quentin State Prison,<br><br>      Respondent. | No. CV 06-04115-JD<br><br>Death Penalty Case<br><br>Nineteenth Status Report |

      The Court stayed the above-captioned proceeding to allow Mr. Dunkle's counsel to file a habeas petition in the California state courts regarding Mr. Dunkle's ineligibility for a death sentence because he is permanently incompetent to be executed. (ECF No. 30.) The Court ordered Mr. Dunkle to file a status report every 120 days to apprise the Court of the status of the state court proceedings. (ECF No. 60.) In compliance with that order, Mr. Dunkle submits the following report.

      As set forth in the last status report (ECF No. 59), on November 5, 2021, counsel for Mr. Dunkle filed a state habeas petition in the California Supreme Court alleging that he is ineligible to be executed based on his permanent incompetency. The petition and supporting exhibits were docketed in the California Supreme Court as case number

S271632. On December 1, 2021, the California Supreme Court transferred the petition to the Superior Court of California, County of San Mateo.

On December 3, 2021, the petition and supporting exhibits were docketed in San Mateo County Superior Court case number SC017651A. On August 16, 2022, Respondent filed an Informal Response to the petition stating that Respondent does not oppose Mr. Dunkle's petition and agrees the petition should be granted. Respondent also informed the court that the parties are currently drafting a proposed stipulation and order pursuant to which Mr. Dunkle's death sentence would be vacated, resulting in a sentence of life without the possibility of parole. The parties are still working to prepare an agreed-upon proposed stipulation and order to submit to the superior court for review.

Mr. Dunkle will submit further status reports every 120 days pursuant to this Court's order. The next status report is due May 5, 2023.

Respectfully submitted this 5th day of January 2023.

        JON M. SANDS
        Federal Public Defender

        Jessica M. Salyers
        Stanley Siders Molever
        Assistant Federal Public Defenders

        By /s/ Jessica M. Salyers
        Counsel for Petitioner

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of January 2023, I electronically transmitted the foregoing Status Report to the Clerk's office using the CM/ECF System for filing. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ Oscar Lopez</u>
Assistant Paralegal
Capital Habeas Unit